UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 22-20601-CIV-MARTINEZ-BECERRA

JAMES WATSON,

    Plaintiff,

vs.

SEA GRILL OF CORAL GABLES, LLC, and
SEA HORSE GRILL LLC,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS MATTER** was referred to the Honorable Jacqueline Becerra, United States Magistrate Judge, for a Report and Recommendation ("R&R") on Plaintiff's Motion for Default and Default Final Judgment and Application for Attorney's Fees, Costs, Expert Witness Fees and Litigation Expenses (the "Motion"). (ECF No. 10). Judge Becerra filed an R&R recommending that the Motion be granted in part and denied in part. (ECF No. 12 at 11). The Court has reviewed the entire file and record, and notes that no objections have been filed.

Accordingly, after careful consideration, it is hereby **ADJUDGED** that Judge Becerra's R&R, (ECF No. 12), is **AFFIRMED** and **ADOPTED**. Further, it is:

**ADJUDGED** that Plaintiff's Motion, (ECF No. 10), is **GRANTED IN PART AND DENIED IN PART** as set forth in the R&R. Final judgment shall be entered by separate order.

**DONE AND ORDERED** in Miami, Florida, this 3 day of January, 2023.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record